UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA KAREN MARIE CARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  22-2519 (UNA) |
| | ) |
| PATTY BREY | ) |
| *also known as* | ) |
| LISA CARNE, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint is frivolous).

Plaintiff, who apparently has no fixed address, has filed a complaint alleging that she briefly worked for the defendant, making $10 per day plus room and board. Allegedly, defendant bought a new computer, "put my name & listed me from Iceland," "used a credit card unlimited money card in my name," and "changed my name to Lisa Carne & with Gore Community funneled [illegible] to Belize Mexico for lisa carne," which was "not the first time." ECF No. 1 at 1. The complaint continues in this incoherent manner. Plaintiff's amended complaint, ECF No. 6, and subsequent motions, ECF Nos. 8, 10, 11, are equally baffling.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous.

1

*Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted)); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard and thus will be dismissed by separate order.

Date: December 2, 2022

_____/s/_____  
AMY BERMAN JACKSON  
United States District Judge